UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to Ben Shapiro et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-07428 | Case No. 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT |

The undersigned parties stipulate and agree, subject to the Court's approval, to remand of the above-captioned action to the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, with each party to bear its own costs, actual expenses, and attorneys' fees. In support thereof, the undersigned parties state as follows:

WHEREAS, Plaintiffs commenced this action in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, on May 17, 2019;

WHEREAS, Defendants Altria Group, Inc., and Philip Morris USA Inc. timely removed this action to the U.S. District Court for the Southern District of Florida in good faith on June 21, 2019;

WHEREAS, Plaintiffs moved to remand this action to state court on July 21, 2019;

WHEREAS, the U.S. Judicial Panel on Multidistrict Litigation transferred this action to this Court on October 2, 2019;

WHEREAS, Plaintiffs filed supplemental briefing in support of their motion to remand on March 19, 2025;

WHEREAS, Defendants have now had the opportunity to complete the deposition of Plaintiff Ben Shapiro;

WHEREAS, Defendants' opposition to Plaintiffs' motion to remand, as supplemented, is due on July 31, 2025; and

WHEREAS, the undersigned parties have met and conferred and stipulated to remand of this action to state court on the condition that each party bear its own costs, actual expenses, and attorneys' fees;

NOW THEREFORE, the undersigned parties, through their undersigned counsel, stipulate, agree, and respectfully request that the Court enter the attached proposed order remanding this action to the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, with each party to bear its own costs, actual expenses, and attorneys' fees.

Dated: July 31, 2025                          Respectfully submitted,

By: /s/ *Jeffrey L. Haberman*                 By: /s/ *Timothy S. Danninger*
Scott P. Schlesinger (*pro hac vice*)         Timothy S. Danninger (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)          GUNSTER YOAKLEY & STEWART, P.A.
Jeffrey L. Haberman (*pro hac vice*)          1 Independent Drive, Suite 2300
SCHLESINGER LAW OFFICE, P.A.                  Jacksonville, FL 32204
1212 SE Third Avenue                          Tel.: (904) 354-1980
Fort Lauderdale, FL 33317                     tdanninger@gunster.com
Tel.: (954) 467-8800
scott@schlesingerlaw.com                      *Attorneys for Defendant Juul Labs, Inc.*
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

By: /s/ *Mark C. Hansen*                      By: /s/ *David E. Kouba*
Mark C. Hansen (*pro hac vice*)               David E. Kouba (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)            ARNOLD & PORTER KAYE SCHOLER LLP
David L. Schwarz (*pro hac vice*)             601 Massachusetts Ave, NW
KELLOGG, HANSEN, TODD, FIGEL &                Washington, DC 20001
FREDERICK, P.L.L.C.                           Tel.: (202) 942-5230
1615 M St., N.W., Suite 400                   david.kouba@arnoldporter.com
Washington, DC 20036
Tel.: (202) 326-7910                          *Attorneys for Defendants Altria Group, Inc.,*
                                              *Philip Morris USA Inc., Altria Client Services*
*Attorneys for Defendants Nicholas Pritzker,* *LLC, and Altria Distribution Company*
*Riaz Valani, and Hoyoung Huh*

By: /s/ *Eugene Illovsky*
Eugene Illovsky
Kevin Calia
ILLOVSKY GATES & CALIA LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Tel.: (415) 500-6643
*Attorneys for Defendant Adam Bowen*

By: /s/ *James Kramer*
James Kramer
Catherine Malone
Kevin Askew
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel.: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

**PROPOSED ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, AND FOR GOOD CAUSE, IT IS HEREBY ORDERED:**

(1) *Ben Shapiro et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-07428, is remanded to the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida; and

(2) each party is to bear its own costs, actual expenses, and attorneys' fees in connection with removal of this action to federal court and remand of it to state court.

Date: July 31, 2025

_____
HONORABLE WILLIAM H. ORRICK, III
United States District Judge